AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STACY ADAM WARD | ) | Case No: 09-00194-001 |
| | ) | USM No: 10823-003 |
| Date of Original Judgment: APRIL 22, 2010 | ) | |
| Date of Previous Amended Judgment: | ) | PRO SE |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 188 months **is reduced to** 151 months.

Except as otherwise provided, all provisions of the judgment dated April 22, 2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 6, 2012           /s/ Callie V. S. Granade
                                    *Judge's signature*

Effective Date: _____    United States District Judge
*(if different from order date)*    *Printed name and title*